Case 2:07-cr-00059-JLQ    Document 121    Filed 05/16/11

PROB 12C
(7/93)

# United States District Court

Report Date: May 16, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Guzman                     Case Number: 2:07CR00059-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 1/22/2008

Original Offense:      Distribution of 50 Grams or More of a Mixture or Substance, 21 U.S.C. §
                       841(a)(1)(b)(1)(A); Conspiracy to Distribute 500 Grams or More of a Mixture or
                       Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and 846

Original Sentence:     Prison - 63 Months; TSR - 60        Type of Supervision:  Supervised Release
                       Months

Asst. U.S. Attorney:   Aine Ahmed                          Date Supervision Commenced: 8/27/2010

Defense Attorney:      Frank Cikutovich                    Date Supervision Expires: 8/26/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                        crime.

                        **Supporting Evidence**: Jesus Guzman is considered in violation of his period of supervised
                        release in the Eastern District of Washington by committing the offense of drive-by shooting
                        on or prior to May 15, 2011.

                        On May 16, 2011, an officer with the Ritzville Police Department contacted the U.S.
                        Probation Office in Richland and advised the defendant was currently in the Adams County
                        Jail after being charged in connection with a drive-by shooting which occurred on May 15,
                        2011.

2                       **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition,
                        destructive device, or any other dangerous weapon.

May 16 11 02:13p        Quackenbush                    1509458528                p.1
Case 2:07-cr-00059-JLQ   Document 121   Filed 05/16/11

Prob12C
Re: Guzman, Jesus
May 16, 2011
Page 2

**Supporting Evidence**: Jesus Guzman is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of being a felon in possession of a firearm on or prior to May 15, 2011.

As noted above, it is alleged the defendant was involved in a drive-by shooting on May 15, 2011. Witnesses noted the shots were fired out of the front passenger side window of the vehicle. When officers contacted the suspected vehicle the defendant was located in the front passenger seat and a .223 rifle was located in the vehicle.

Currently the defendant is being held at the Adams County Jail in Ritzville, WA under case number 11-A01506.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/David L. McCary

05/16/2011

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

May 16, 2011
Date